6-05-23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TORT CLAIM CIVIL LAWSUIT
42 U.S.C Section 1983
WIS. STAT. Sec. 893.54

Personal Service

Plaintiff,                          Summons-S-Complaint

Billy Lee CROON

710 2nd AVE                         Summons

Eau Claire, Wi 54703                Civil action No.

V.                                  23 CV 391 WM(

Defendant,

WEST Central Drug Task Force.

721 Oxford AVE Police station

Eau Claire, Wi 54703

(Official Capacity)

2023 JUN -9 A 10: 15
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI
FILED/REC'D

June 6th 2023

BC

Billy Croon
Plaintiff

6-05-23

To the above named Defendants:
You are hereby Summoned and Required
to serve upon Plaintiffs whose address
is; 710 2nd AVE, Eau claire, Wi 54703. An
answer to the Complaint's which is
herewith Served upon you, With-in
20 days after Service of the Summon's
upon you, exclusive of the day of
Service, or 60 days if the U.S Government
or officer/agent thereof is a Defendant,
if you Fail to do so, Judgement by
default will be taken against you
for the relief Demanded in the Complaint

United STATES
Clerk of Courts
Western District of Wisconsin

06-05-2023

1. Jurisdiction and Venue.

1. This is a Civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of State Law, OF rights secured by the Constitution of the United States. The court has Jurisdiction Under 28 U.S.C Section 1331 and 1343 (a)(3). Plantiff Seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. Plantiff Claims For Injunctive relief are authorized by 28 U.S.C Section 2283 and 2284 and Rule 65 OF the Federal Rules of Civil Procedure.

2. The United States District, Western District court Venve under 28 U.S.C Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

II. Plantiff:

Billy Lee CRooN is and was at all times mentioned herein a Prisoner of the State of wisconsin in the Custody of wisconsin, Eav claire County Jail in the City of Eav claire wisconsin.

6-05-23

1. Police misconduct deprived me
of the following.

a. To be free from a search and seizure without
reasonable or probable cause or warrant and my
right to be let alone and to be free from
unwarranted governmental intrusion in my private
life, all as protected by the 4th and 14th
United States Amendments.

b. To be free from the loss without Due Process
of my liberty interest in avoiding the very
unreasonable and Arbitrary governmental intrusion
on my privacy and right to be let alone as
protected by the 14th Amend.

c. To be free from the loss of without Due
Process, of my liberty and property interests
in my reputation, business and profession
as protected by the 14th amend of the U.S Const.

d. I've been embarressed, humiliated, mental
and emotionally Stress. I was Raped, beaten
my manhood taken. The W.C.D.T.F Total
disregard for the law. I hold the W.C.D.T.F
and the City Attorney responsible for
what happened to me in Federal holding
at the Dane County Jail in Madison. To
disregard Discovery and not verify infor-
mation. To push a case Federal for there
own Personal interests.

# Civil Complaint                                    06-05-23

1. WEST Central Drug Task Force,
In violation of United States Constitutional
Amendments; 4th, 5th, 8th, 14th

4th Amendment;
The right of People to be secure in there
persons, houses, papers and effects against
unreasonable searches and seizures, shall not be
violated, and no warrants shall issue, but upon
probable cause, supported by oath or affirmation
and Particulary describing the place to be searched
and the persons or things to be seized.
April 16th 2021.
An employee of W.C.D.T.F violated the 4th
Amendment by making False Claim as to
Having a valid Search warrant And Proceeded
to search my home under the untruthful
claim.

5th Amendment; 8th Amendment
NOR shall any Person be subject for the
same offense to be twice put in Jeopardy
of life or limb, nor be deprived of life, or
liberty or property without Due process of
the Law. 8th. Nor cruel and unusual Punishment
The W.C.D.T.F along with the District
Attorney in Eau claire moved to push my

# Civil Complaint Cont.                    06-05-23

Case Federal. During the time spent in Custody
in Dane County Federal holding in madison
Wisconsin, I was Raped, Beaten and extorted
By Gang members. my life was put in
Jeopardy, my Family threatened. I was
ordered to Pay money every week. Very
cruel and Unusual punishment inFlicted.
W.C.D.T.F and City Attorney Didn't Dve there
Job and verify Discovery at the state
level or they would have noticed the
Police misconduct by employee of the
W.C.D.T.F. The False claim to the Search warrant
They are responsible For What happened
to me and So is the City Attorney. Total
disregard For the Law.
  April 8th 2023,
  an Employee From W.C.D.T.F Came to
the Eau claire County Jail and threatened
my Freedom, Told me iF I bail out or
get released, W.C.D.T.F will be there
to bring me right back to Jail.
April 21st 2023
  Another Employee From the W.C.D.T.F
Came to my cell and belittled me
And told me that the W.C.D.T.F Keeps
there promises and iF I get released
again, That W.C.D.T.F will be right there

## Civil Complaint Continued.        06-05-23

To bring me back again. I was deprived of my Due Process rights And held in-custody For 8 days without an intial appearance.

14th Amendment.

No State shall make, enforce any law which shall abridge the privledges or immunities of citezens of the united States, Nor shall any state deprive any person of life, liberty or property, without Due process of law, nor deny to any person within its Jurisdiction the equal protection of the law.

Federal Case NO. 21-cr-68-wmc, motion to suppress based on an unlawful search, 4th and 14th U.S Const Amend violations and united states order for Dismissal attached. And also the transcripts From the Employee of the W.C.D.T.F making False Claim.

Billy Lee Coon
710 2nd AVE
Eau claire, WI 54703
612-296-9537

Complaint 1-5                                    06-05-23

Regulatory Framework Governing
Civil Forfeitures
Civil asset Forfeiture Reform act
(CAFRA)

This act provides the applicable procedures
For forfeiture actions Commenced after
Aug 23, 2000. 18 U.S.C § 983.

To Commence a civil Forkeiture, The
Government must Send "written notice" of
the seizure and an explanation of how
to file a claim For the seized property to
each interested party. 18 U.S.C 983(a)(1)(A)(i)
notice must be Sent, in the manner to
achieve proper notice as soon as practicable.
(CAFRA'S) requirements should be interpeted
in light of the Fifth and Fourteenth
amendments gaurentee of due process.
United States V. Ritchie, 342 F. 3d 903, 910
(9th c.r. 2003). The Constitution does not
require actual notice, but rather, notice
reasonably calculated under all circumstances.
to apprise interested parties of the pendency
of the action and afford them an
opportunity to present there objections.
Mullane V. Cent. Hanover Bank and Trust Co.
339 U.S 306, 314 (1950).

Page 2

The Constitutionality of the particular procedure is assessed ex ante.
Jones V. Flowers, 547 U.S. 220, 231 (2006).
When notice sent by certified mail is returned unclaimed, the government must take additional reasonable steps to attempt to provide notice to property owner. Thorp V. U.S Id at 225 (0.6.02.2012)
The general Rule is that the government, in endeavoring to Identify and locate potential claimants must exercise a degree of diligence

1. Not one Time in the last two years Did Peter Rindal or the Drug task Force try and make a reasonable effort to notify me about the Civil Forfeiture. My rights to a Constitutionally Sufficient notice were Violated. Due process.
   At anytime they could have notified what ever lawyer I had appointed to me by the Court. Also I have never missed a Court hearing and they Could have given me notice at anyone of the many Court hearings, and my address on CCAP has been updated many times to the appropriate

Page 5

address. So there were many reasonable opportunity's For Peter Rindal or the Drug task Force to Serve me notice. —The only way I Found out my vehicle was under Civil ForFeiture is when I was in Custody around march/April 2023. I Sent a request via In-House mail to the Evidence room and I asked about my 2015 chevy Impala. And there response was its under Civil ForFeiture and you Should reFer to your attorney.
    Without a notice, the property is not encumbered and the property Cannot be Civilly ForFeited and the property must be returned to the owner. And with the many other violations Peter Rindal and the Drug task Force Committed. Im Requesting that My 2015 Chevy Impala be returned Immediatly as well as the two amounts $2,425.00 and $2,480.00 oF Cash. The $2,425.00 was taken when the vehicle was Illegally taken.

Page 4

ALSO the forfeiture of my Full Financial interest in the vehicle is unconstitutional under the Excessive fine clause.

And under subd (1)(d)2. Sec 961.55(3) ALL Persons with "an interest in the property" shall be given notice of any hearing on claims to determine the property's true ownership. Giving notice to all persons with an interest in the property, but then ignoring the ownership interest of an Innocent Co-owner would defeat the "rights" of the innocent persons and true owners Contrary to the Statute directives.

A Civil Forfeiture violates the excessive fine Clause if it is grossly disproportional to the gravity of a defendants offense United States V. BaJakaJain 524 U.S 321, 334 118 S.CT. 2028, 141 L.Ed 2d 314 (1998) The Forfeiture is unconstitutionally excessive.

State V. Boyd, 2000 Wi App 208, 238 Wis 2d 693, 618 N.W. 2d 251 Pursuant to Wis STAT § 961.55 (1)(d) A vehicle is Subject to forfeiture if it has been "used" to transport Illegal drugs for the purpose of selling drugs. It must

be used in the commission of a crime.
I only have alleged allagations From
the Drug task Force and a Forced Coersed
Statement.
   Section 961.55 (1)(d) 2
No vehicle is subject to Forfeiture under
this Section by reason of any act or
omission established by the owner, thereof, to
have he Commited or ommited without the
owners Knowledge or Consent. To be entitled
to the protection of the innocent owner
exception. A Defendant must preve that he
is the actual owner. And the Drug task
Force did that For me when the Ran
the tags and the vin number and it
Come back to Billy Lee Croon.
   STATE V. Kirch 222. Wis. 2d 598 603-07, 587
N.W 2d 919 (Ct. APP 1998)
   Vanhorn V. Dea, 677, F. Supp 2d, 1299,
1308-10 (M.D Fla, 2009)
   Green V. Lindsey. 456 U.S 444, 455
n.9 (1982)


   BC

   Billy Croon - Plaintiff

## Prayer For Relief                              06-05-23

WhereFore, Billy CRoon respectFully prays
that this Court enter Judgement granting
Plaintiff

A Declaration that acts and omissions
descibed herein Violated plaintiFFs rights
under the Constitution and the laws oF the
United States.

A Preliminary and Permanent inJunction
ordering DeFendants: (T.R.O) Temporary
restraining order, not to harass me or
threaten me. IF in the Community, to Call
for back-up.

### -Relief Sought-

Compensatory damages in the amount
oF $34,905.00 against the W.C.D.T.F.

Punitive damages in the amount oF
2.5 million against the DeFendants W.C.D.T.F.
And any additional Relief that the united
States District Court deem Just, proper
and equitable.

06-05-2023
Resptively Submitted
/B/

Billy Lee CRoon ~ PlaintiFF
710 2nd AVE
Eau Claire Wi 54703

06/05/2023

Respectivily Submitted

BC

Billy Croon
710 2nd AVE
Eav claire, Wi 54703
612-296-9537

Verification

I have read the foregoing complaint
and hereby verify that the matters
alleged therein are true, except as
to the matters alleged on Information
and belief, and, as to those, I believe
them to be true, I Certify under
penality or perjury that the
foregoing is true and correct.

BC

Billy Croon
Plaintiff

Page 1

Complaint (3)                                          06/05/2023

Facts;
    On April 16th, 2021 I was pulled over
on Hwy 37 in the City of Eau claire
and the County of Eau claire, Just west
of mitchel Road by Law Enforcement
and the west Central Drug task Force. I
was told by law Enforcement to Exit my
vehicle and I was searched, hand Cuffed
and placed in the back of a Squad Car
with the Audio and video of the Dash
Cam Recording every word and every movement.
I was approached by mike Sampson and Kyle
Kratz of the west Central Drug task
Force, also employed by Dunn County, But
this particular incident happened in Eau
Claire and the west Central Drug task Force
was in charge, So they will be held
responsible For the actions of the
investigators.
    The investigators Came to the Squad Car
and told me that they had a Warrant
For my arrest and a Warrant For my
Vehicle and a Search Warrant For my
home. I End up giving Consent to Search
Because the investigator told me he had
a valid Search Warrant For my home

Page 2

## Complaint (3)                              06/05/23

A Search was Conducted and methaphetamine
was Found and other Controlled Substances
with paraphonilla was Found. I promised
to Work with the Drug task Force and I
Changed my mind and never did. Six
weeks later I was Charged with the
April 16th 2021 charges and Search and taken
to Jail. This is where the may 28th 2021
incident Comes into play. I bail outta
Jail and on July 29th 2021 I was indicted
of Federal charges and this is where the
July 29th 2021 incident Comes into play.
I was brought to madison on Federal
charges of 50 to 150 grams of possession
and maintaining a Drug traff. c home.
While Sitting in Custody, Discovery revealed
that the investegator From the April
16th 2021 incident made False clam and
lied as to having a valid Search warrant
Signed by a Judge. The Investagators where
not pursuing any special warrant nor
were they pursuing any alternate
investigation. Once Law Enforcement
Claims Authority and Says he has a valid
Search warrant there is not anymore
Consent. This is Called untruthful Claim

Page3

Complaint (3)                                    06/05/23

to unlawful Authority. And this trumps
over Everything. Law Enforcement Can not
at anytime lie or make False Claim
as to having a Search Warrant. This is
Illegal

     I spent Four and a half months
in Federal Custody and me and my Federal
attorney spent over 500 hours Coming up
with an air tight Suppression motion
that we Submitted to the United
States Attorney, and 10 days later
my Case was dismissed due to Police
misconduct and United States Constitutional
Amendment Violations, 4th, 5th, 6th, 8th
and 14th amendments.

     I hold the West Central Drug Task
Force responsible For the violations of
my Civil Rights and Andy Falk who is
in Charge of the overall operations
of his employees.

     I have the transcripts of the
Squad Car Conversation between me
and the investigators. and I have the
motion and The order For Dismissal From
the United States Attorney.